# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s)**: 15-1164-cv

**Caption [use short title]**

**Motion for:** Leave to file a Brief Amici Curiae in support of Defendant-Appellant Sirius XM Radio, Inc.

Flo & Eddie, Inc. v. Sirius XM Radio, Inc.

Set forth below precise, complete statement of relief sought:

Copyright and Intellectual Property Law Professors seek leave to file an Brief Amici Curiae in support of Defendant-Appellant Sirius XM Radio, Inc.

**MOVING PARTY:** Copyright and Intellectual Property Law Professors
☐ Plaintiff  ☐ Defendant
☐ Appellant/Petitioner  ☐ Appellee/Respondent

**OPPOSING PARTY:** Flo & Eddie, Inc.

**MOVING ATTORNEY:** Eugene Volokh

**OPPOSING ATTORNEY:** Harvey W. Geller

[name of attorney, with firm, address, phone number and e-mail]

UCLA School of Law, 385 Charles E. Young Drive East, Los Angeles, CA  90095
(310) 206-3926    volokh@law.ucla.edu

Gradstein & Marzano P.C., 6310 San Vicente Blvd, Suite 510, Los Angeles, CA  90048
(323) 776-3100    hgeller@gradstein.com

**Court-Judge/Agency appealed from:** U.S. District Court for the Southern District of New York - The Hon. Colleen McMahon, District Judge

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain):

Opposing counsel's position on motion:
☐ Unopposed  ☑ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☐ No  ☑ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below?  ☐ Yes  ☐ No
Has this relief been previously sought in this Court?  ☐ Yes  ☐ No
Requested return date and explanation of emergency:

Is oral argument on motion requested?  ☐ Yes  ☑ No  (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes  ☑ No  If yes, enter date:

**Signature of Moving Attorney:**
/s/ Eugene Volokh    **Date:** August 4, 2015    **Service by:** ☑ CM/ECF  ☐ Other [Attach proof of service]

---

**Form T-1080** (rev. 12-13)

# 15-1164-cv

United States Court of Appeals

*for the*

## Second Circuit

FLO & EDDIE, INC., a California Corporation,
individually and on behalf of all others similarly situated,

*Plaintiff-Appellee,*

– v. –

SIRIUS XM RADIO, INC., a Delaware Corporation,

*Defendant-Appellant,*

DOES, 1 THROUGH 10,

*Defendants.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

**MOTION OF COPYRIGHT AND INTELLECTUAL PROPERTY LAW PROFESSORS FOR LEAVE TO FILE A BRIEF *AMICI CURIAE* IN SUPPORT OF DEFENDANT-APPELLANT SIRIUS XM RADIO INC.**

EUGENE VOLOKH
UCLA SCHOOL OF LAW
385 Charles E. Young Drive East
Los Angeles, CA 90095
(310) 206-3926

*Attorney for Amici Curiae Copyright and Intellectual Property Law Professors*

# MOTION OF COPYRIGHT AND INTELLECTUAL PROPERTY LAW PROFESSORS FOR LEAVE TO FILE A BRIEF *AMICI CURIAE* IN SUPPORT OF DEFENDANT-APPELLANT SIRIUS XM RADIO INC.

Pursuant to Federal Rule of Appellate Procedure 29(b), counsel for prospective *amici curiae* respectfully moves for leave to file the accompanying Brief *Amici Curiae* of Copyright and Intellectual Property Law Professors in Support of Defendant-Appellant Sirius XM Radio, Inc. Defendant-Appellant has consented to the filing, but Plaintiff-Appellee has not.

Based on the background and interest of *amici*, counsel respectfully requests that the Court grant this motion. In support of the present motion, counsel states the following:

1. *Amici curiae*, whose names and institutional affiliations are listed in the Appendix, are all professors at U.S. law schools who teach and write about copyright law or about intellectual property law in general. *Amici* are familiar with the history of copyright law and have published numerous books and articles about copyright law or intellectual property law.

2. *Amici* do not have any financial interest in the outcome of this litigation. The only interest that *amici* have in this litigation is a respect for the historical development of copyright law, and a commitment to the orderly development of copyright law in the future.

1

3. *Amici* offer a perspective on the historical development of copyright law and the purported common-law right of public performance that is richer and more detailed than those of the parties, and one that is untainted by any financial interest in the outcome.

4. *Amici* do not necessarily agree on the merits of a public performance right for sound recordings, but *amici* agree that 1) historically there has not been any public performance right in sound recordings under state law, and 2) the issue should be addressed prospectively on a nationwide basis, by Congress, rather than on a piecemeal basis through state-by-state litigation.

WHEREFORE, the undersigned counsel respectfully requests that the Court grant its motion for leave to file the attached brief *amici curiae*.

Respectfully submitted,

Dated August 4, 2015         By:  /s/ Eugene Volokh_____

Eugene Volokh
UCLA School of Law
385 Charles E. Young Drive East
Los Angeles, CA  90095
(310) 206-3926
volokh@law.ucla.edu

Counsel of Record for Proposed *Amici Curiae* Copyright and Intellectual Property Law Professors

2